IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY L. WALTON                                                PLAINTIFF

        v.                          Civil No. 07-5208

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

**J U D G M E N T**

Now on this 29th day of September 2008, comes on for consideration the Report and Recommendation, dated September 2, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

                                                    /s/ Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE